In the Matter of ROBERT M. WALLACE, an Attorney, Resignor. [786 NYS2d 748]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Lawton, JJ.